STATE v. JAY HOLLINS.

205 N. W. 2d 329.

March 16, 1973—No. 43390.

*C. Paul Jones,* State Public Defender, for appellant.

*Warren Spannaus,* Attorney General, *George M. Scott,* County Attorney, and *Theodore R. Rix, Vernon E. Bergstrom,* and *Michael McGlennen,* Assistant County Attorneys, for respondent.

PER CURIAM.

Defendant, who along with two codefendants was convicted by a district court jury of aggravated robbery, Minn. St. 609.245, contends on this appeal from judgment of conviction that (1) there was insufficient evidence as a matter of law to support the verdict and (2) there were numerous errors occurring during the proceedings that deprived him of due process of law. We have carefully considered each contention and find each of them to be without merit.

Affirmed.